UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR278 |
|---|---|---|
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | <u>INDICTMENT</u> |
| JAMES ELLIOTT DIXON | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: June 19, 2007

Frank D. Whitney
United States District Judge